| Com. v. Flores ..... | 06/28/2016171 MAL (2106) | Denied | Pa.Super., 141 A.3d 584 |
|---|---|---|---|
| Com. v. Future ..... | 06/22/2016114 MAL (2016) | Denied | Pa.Super., 136 A.3d 1028 |
| Com. v. Gadson .... | 07/07/201688 EAL (2016) | Denied | Pa.Super., 141 A.3d 588 |
| Com. v. Golphin.... | 06/30/201684 EAL (2016) | Denied | Pa.Super., 105 A.3d 791 |
| Com. v. Graham.... | 06/28/201634 EAL (2016) | Denied | Pa.Super., 136 A.3d 1028 |
| Com. v. Graves ..... | 07/07/2016117 EAL (2016) | Denied | Pa.Super., 144 A.3d 189 |
| Com. v. Greene..... | 07/06/2016110 WAL (2016) | Denied | Pa.Super., 141 A.3d 592 |
| Com. v. Hairston ... | 06/13/2016490 WAL (2015) | Denied | Pa.Super., 133 A.3d 74 |
| Com. v. Hall [5] ...... | 06/30/201621 WAL (2016) | Denied | Pa.Super., 134 A.3d 102 |
| Com. v. Hansley.... | 06/23/2016117 MAL (2016) | Denied | Pa.Super., 136 A.3d 1035 |
| Com. v. Harding ... | 07/06/2016150 MAL (2016) | Denied | Pa.Super., 141 A.3d 581 |
| Com. v. Henry [6] .... | 06/28/20163 EAL (2016) | Denied | Pa.Super., 135 A.3d 652 |
| Com. v. Hill ........ | 06/22/201691 EAL (2016) | Denied | Pa.Super., 141 A.3d 590 |
| Com. v. Hopkins [7] .. | 06/28/2016468 WAL (2015) | Denied | Pa.Super., 131 A.3d 108 |

**5.** Justice DONOHUE and WECHT did not participate in the consideration or decision of this matter.

**6.** Justice DONOHUE did not participate in the consideration or decision of this matter.

**7.** Justice WECHT did not participate in the consideration or decision of this matter.